No. 10-8078. James Eric Moore, Petitioner v. United States.

562 U.S. 1206, 131 S. Ct. 1059, 178 L. Ed. 2d 876, 2011 U.S. LEXIS 933.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 624 F.3d 875.

No. 10-8079. LeRoy Walker, Petitioner v. Shirley Moore Smeal, Acting Secretary, Pennsylvania Department of Corrections, et al.

562 U.S. 1206, 131 S. Ct. 1059, 178 L. Ed. 2d 876, 2011 U.S. LEXIS 941.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-8081. Robert V. Trautman, Petitioner v. United States.

562 U.S. 1207, 131 S. Ct. 1059, 178 L. Ed. 2d 876, 2011 U.S. LEXIS 1065.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 395 Fed. Appx. 141.

No. 10-747. Frederick J. Harrington, Jr., Petitioner v. Atlantic Sounding Co., Inc., et al.

562 U.S. 1207, 131 S. Ct. 1054, 178 L. Ed. 2d 876, 2011 U.S. LEXIS 939.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 602 F.3d 113.

No. 10-8061. Cazzie L. Williams, Petitioner v. United States District Court for the District of New Jersey.

562 U.S. 1207, 131 S. Ct. 1063, 178 L. Ed. 2d 876, 2011 U.S. LEXIS 995.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 408 Fed. Appx. 561.

No. 10-8101. In re Edward Harvey, Petitioner.

562 U.S. 1198, 131 S. Ct. 1060, 178 L. Ed. 2d 876, 2011 U.S. LEXIS 1040.

January 24, 2011. Petition for writ of habeas corpus denied.

No. 10-8188. In re Thomas Davis, Petitioner.

562 U.S. 1199, 131 S. Ct. 1060, 178 L. Ed. 2d 876, 2011 U.S. LEXIS 937.

January 24, 2011. Petition for writ of habeas corpus denied.

No. 10-8190. In re Prince Eshan, Petitioner.

562 U.S. 1199, 131 S. Ct. 1060, 178 L. Ed. 2d 876, 2011 U.S. LEXIS 1066.

January 24, 2011. Petition for writ of habeas corpus denied.